IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCOTT, | No. CIV S-08-0781-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| K. KELLER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On April 21, 2008, the court directed plaintiff to either pay the full filing fee for this action ($350.00) or submit an application for leave to proceed in forma pauperis.  In response to that order, plaintiff submitted $250.00 to the court as a partial filing fee.  Plaintiff still owes $100.00.  He may satisfy this filing fee obligation by either paying the remaining $100.00 due or submitting an application for leave to proceed in forma pauperis.  Plaintiff is advised that, if he is granted leave to proceed in forma pauperis, he will not be entitled to a refund of the portion of the filing fee already paid.  Instead, he will be able to make installment payments on the remaining $100.00.

/ / /

1       Plaintiff will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the remainder of the filing fee.  Plaintiff is warned that failure to comply with this order may result in the dismissal of this action.  <u>See</u> Local Rule 11-110.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, including the required affidavits and certifications, or the remainder of the filing fee; and

      2.    The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED:  April 25, 2008

                                                                                        **CRAIG M. KELLISON**
                                                                                         UNITED STATES MAGISTRATE JUDGE