1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 THOMAS SCOTT,                                        No. CIV S-08-0781-LKK-CMK-P

12                    Plaintiff,

13          vs.                                              ORDER

14 K. KELLER, et al.,

15                    Defendants.

16 _____/

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18 to 42 U.S.C. § 1983.

19          On April 21, 2008, the court directed plaintiff to either pay the full filing fee for

20 this action ($350.00) or submit an application for leave to proceed in forma pauperis.  In

21 response to that order, plaintiff submitted $250.00 to the court as a partial filing fee.  Plaintiff

22 still owes $100.00.  On April 25, 2008, the court issued an order advising plaintiff that he may

23 satisfy this filing fee obligation by either paying the remaining $100.00 due or submitting an

24 application for leave to proceed in forma pauperis.  Plaintiff was advised that, if he is granted

25 leave to proceed in forma pauperis, he will not be entitled to a refund of the portion of the filing

26 fee already paid.  Instead, he will be able to make installment payments on the remaining

1  $100.00.

2         In response to this order, plaintiff filed an application to proceed in forma

3  pauperis on May 28, 2008.  He has not, however, submitted a certified copy of his prison trust

4  account statement as required.  Instead, he submitted a letter, also on May 28, 2008, advising that

5  the trust account statement would be forthcoming.  The court construes this letter as a request for

6  an extension of time to resolve the fee status of this case.  Good cause appearing therefor, the

7  request is granted.  Plaintiff shall either submit a certified copy of his prison trust account

8  statement, or pay the remaining $100.00 of the filing fee, within 30 days of the date of this order.

9  Plaintiff is again warned that failure to comply may result in dismissal of this action.  See Local

10  Rule 11-110.

11         IT IS SO ORDERED.

12

13   DATED:  June 10, 2008

14

15                                                    _____
                                                     **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26