IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SCOTT, | No. CIV S-08-0781-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| K. KELLER, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

   On April 21, 2008, the court directed plaintiff to either pay the full filing fee for this action ($350.00) or submit an application for leave to proceed in forma pauperis. In response to that order, plaintiff submitted $250.00 to the court as a partial filing fee. Plaintiff still owes $100.00. Pending before the court is plaintiff's application for leave to proceed in forma pauperis with respect to the remainder of the filing fee. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis will, therefore, be granted.

/ / /

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.    Plaintiff's motion for leave to proceed in forma pauperis is granted;

3       2.    Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

      3.    No initial partial filing fee will be assessed pursuant to 28 U.S.C. § 1915(b)(1); and

      4.    Plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account, such payments to be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the $100.00 remainder of the statutory filing fee is paid in full, pursuant to 28 U.S.C. § 1915(b)(2).

DATED: June 18, 2008

*[signature: Craig M. Kellison]*

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE