IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THOMAS SCOTT,** | Case No. 2:08-CV-0781 CAS |
| Plaintiff, | **ORDER** |
| v. | |
| **K. KELLER, et al.,** | |
| Defendants. | |

    Good cause appearing, Defendants Defendants Cate, Grannis, Hall, Keller, Powell, Schwarzenegger, Williams and Weinholdt are granted a thirty-day extension of time to file a reply in support of their motion to dismiss.  Defendants' reply shall be due on or before November 9, 2009.  Furthermore, the Court grants plaintiff's motion to file late opposition.  Plaintiff's opposition shall be filed no later than October 20, 2009.

Dated: September 29, 2009           /s/ Christine A. Snyder

1

[Proposed] Order (2:08-CV-0781 LKK CMK P)